# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1645

_____

Roy Duane Reha,         *
        *
        Appellant,         *
        *    Appeal from the United States
      v.         *    District Court for the
        *    Southern District of Iowa.
State of Iowa,         *
        *       **[UNPUBLISHED]**
        Appellee.         *

_____

Submitted: October 27, 1999
Filed: October 29, 1999

_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Roy Duane Reha appeals the district court's[1] order dismissing his complaint, in which Reha complained of a state supreme court's handling of his state court appeal. Having carefully reviewed the record and Reha's submissions, we conclude that the district court properly dismissed the complaint for lack of subject matter jurisdiction for the reasons stated in the court's order, and did not abuse its discretion in denying Reha's motion for reconsideration. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The HONORABLE R. E. LONGSTAFF, United States District Judge for the Southern District of Iowa.

A true copy.

Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.